RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE
701 BRIDGER AVENUE SUITE 820
LAS VEGAS, NEVADA 89101
(702) 853-4500

RECEIVED
AND

Oct 29  1 52 PM '10

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| IN RE: | ) | BK-S-05-25856-LBR |
|---|---|---|
| DIANTONIO, DANNY C. | ) | Chapter 13 |
| DIANTONIO, DONNA M. | ) | |
| | ) | **NOTICE OF UNCLAIMED FUNDS** |
| | ) | |

TO:   Clerk, United States Bankruptcy Court

From: Rick A. Yarnall, Chapter 13 Bankruptcy Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| Claim# | Claimant & Address | CAS 106000 | CAS613300 |
|---|---|---|---|
| 18 | ROBINSONS MAY<br>P.O. BOX 66955<br>ST. LOUIS, MO  63166 | | $52.73 |
| | Totals | | $52.73 |

Date: 10 29 2010

RICK A. YARNALL, TRUSTEE /mer/
Rick A. Yarnall
Chapter 13 Bankruptcy Trustee

NOTE: Claims that are $25.00 or less go into CAS 106000. Claims that are more than $25.00 go into CAS 613300. The amounts that are to be deposited into the registry can be written on one check.

Reason: Received returned check from Post Office with yellow sticker on envelope with new address. Sent creditor a Change of Address Form. Sent to Unclaimed Funds as creditor did not respond to the Change of Address Form that was sent to them.

#198433    $52.73